HERMAN PAFHAUSEN v. STATE OF MISSISSIPPI EX REL.
ALBERT G. LOPOSER.

[South. 897.]

APPEAL.   *Abstract question.   Dismissal.   Supreme court practice.*

If a case, involving alone a contest between the parties for an office, be submitted to the supreme court after the expiration of the term for which each claims to have been elected, the court will of its own motion dismiss the appeal as presenting only an abstract question.

FROM the circuit court of Harrison county.

HON. WILLIAM H. HARDY, Judge.

The state, on the relation of Loposer, appellee, was plaintiff in the court below; Pafhausen, appellant, was defendant there. From a judgment in plaintiff's favor defendant appealed to the supreme court.

The suit was a *quo warranto* proceeding to oust the defendant, Pafhausen, from the office of alderman of the town of Handsboro because of his being an alien, the contention of the plaintiff being that he was a subject of the kingdom of Holland, and not a citizen of the United States, nor of the state of Mississippi, nor of the town of Handsboro.   The opinion of the court further states the facts.

*M. D. Brown,* for appellant.

*B. C. Bowen,* for appellee.

---

---

FLETCHER, J., delivered the opinion of the court.

This is a *quo warranto* proceeding, brought by the appellee on May 11, 1908, to oust appellant from the office of alderman of the town of Handsboro, a Code chapter town. Appellant was elected as alderman for the unexpired term ending January 4, 1909, a date which has now passed. This case was not submitted to this court until December 21, 1908, the very day on which this court adjourned for the Christmas recess. We do not, therefore, find that anything is left for us to decide, since neither party is now entitled to the office. Not being disposed to decide questions of no practical importance, we of our own motion dismiss this appeal. So ordered.                    *Dismissed.*